

# Fourth Court of Appeals
## San Antonio, Texas

March 14, 2018

No. 04-18-00061-CV

**CITY OF CARRIZO SPRINGS**,
Appellant

v.

Gregory **HOWARD**,
Appellee

From the 365th Judicial District Court, Dimmit County, Texas
Trial Court No. 15-02-12509-DCVAJA
Honorable Amado J. Abascal, III, Judge Presiding

# O R D E R

Appellant's unopposed first motion for extension of time to file the appellant's brief is granted. We order appellant to file the appellant's brief by March 19, 2018.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of March, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court